1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  TONY BLACKMAN,                          CASE NO. 1:07-cv-00764-OWW-DLB PC

10                Plaintiff,               ORDER DENYING PLAINTIFF'S MOTION
                                           FOR LEAVE TO PROCEED IN FORMA
11       v.                                PAUPERIS AND REQUIRING PLAINTIFF TO
                                           PAY THE $350.00 FILING FEE WITHIN
12  L. HOOGLANDY, et al.,                  THIRTY DAYS

13                Defendants.              (Doc. 2)
    _____/

14

15        Plaintiff Tony Blackman("plaintiff") is a state prisoner proceeding pro se in this civil rights

16  action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on May 24, 2007, and is seeking leave

17  to proceed in forma pauperis.

18        28 U.S.C. § 1915 governs proceedings in forma pauperis.  Section 1915(g) provides that "[i]n

19  no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more

20  prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court

21  of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state

22  a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious

23  physical injury."  A review of the record of actions filed by plaintiff reveals that plaintiff filed three

24  or more actions that were dismissed as frivolous, as malicious, or for failing to state a claim upon

25  which relief may be granted.[1]  Thus, plaintiff is subject to 28 U.S.C. § 1915(g) and is precluded from

26

27        [1] Among the dismissals suffered by plaintiff that count as strikes under 1915(g) are Blackman v. Hartwell,
    et al., 1:99-CV-05822 REC HGB PC (dismissed for failure to state a claim on 03/12/01); Blackman v. Medina, 3:05-
28  cv-05390-SI (dismissed for failure to state a claim on 03/13/06); Blackman v. Variz, 3:06-cv-06398-SI (dismissed
    for failure to state a claim on 12/18/06); and Blackman v. Taxdahl,1:04-cv-06389 AWI DLB (dismissed for failure

1

proceeding in forma pauperis unless plaintiff is, at the time the complaint is filed, under imminent danger of serious physical injury.  The court has reviewed plaintiff's complaint and finds that plaintiff has alleged no facts that support a finding that he is, at this time, under imminent danger of serious physical injury.  Thus, plaintiff may not proceed in forma pauperis, and must submit the appropriate filing fee in order to proceed with this action.

Accordingly, based on the foregoing, it is HEREBY ORDERED that:

1.      Pursuant to 28 U.S.C. § 1915(g), plaintiff's motion for leave to proceed in forma pauperis is DENIED;

2.      Plaintiff shall submit the $350.00 filing fee in full within thirty (30) days; and

3.      If plaintiff fails to pay the $350.00 filing fee in full within thirty (30) days, this action will be dismissed, without prejudice.

IT IS SO ORDERED.

Dated:  __March 26, 2008__          _____/s/ **Dennis L. Beck**_____
                                            UNITED STATES MAGISTRATE JUDGE

to state a claim on 5/18/07).