1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  | TONY BLACKMAN,                                   CASE NO. 1:07-cv-00764-OWW-DLB PC

10 |                          Plaintiff,             ORDER ADOPTING FINDINGS AND
                                                    RECOMMENDATIONS, AND DISMISSING
11 |        v.                                       ACTION FOR FAILURE TO OBEY A COURT
                                                    ORDER
12 | L. HOOGLANDY, et al.,
                                                    (Doc. 7).
13 |                          Defendants.
   | _____/
14

15      Plaintiff Tony Blackman, a state prisoner proceeding pro se, has filed this civil rights action

16 seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

17 pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

18      On May 8, 2008, the Magistrate Judge filed a Findings and Recommendations herein which

19 was served on plaintiff and which contained notice to plaintiff that any objections to the Findings

20 and Recommendations were to be filed within thirty days.  On June 12, 2008, plaintiff filed an

21 Objection.

22      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

23 de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings

24 and Recommendations to be supported by the record and by proper analysis.

25      Accordingly, IT IS HEREBY ORDERED that:

26      1.      The Findings and Recommendations, filed May 8, 208, is adopted in full; and

27      2.      This action is dismissed for plaintiff's failure to obey a court order. IT IS SO
                ORDERED.
28

**Dated:** __July 7, 2008__          _____/s/ Oliver W. Wanger_____
                                      UNITED STATES DISTRICT JUDGE